042575/19344/MHW/MEL

## U.S. District Court for the Northern District of Illinois
## Attorney Appearance Form

Case Title:   MICHAEL      DAVIS      v.        Case Number:   17-cv-3654
              STATEVILLE        PRISON
              GUARD   WESAM   S.   ALI,
              ILLINOIS DEPARTMENT OF
              CORRECTIONS        (IDOC),
              NURSE     "MARY",     and
              WEXFORD           HEALTH
              SOURCES, INC

An appearance is hereby filed by the undersigned as attorney for:

WEXFORD HEALTH SOURCES, INC.

Attorney Name (type or print):   Matthew H. Weller

Firm:            CASSIDAY SCHADE LLP

Street Address:  20 N. Wacker Drive, Suite 1000

City/State/Zip:  Chicago, IL 60606

Bar ID Number:   6278685                        Telephone Number:   (312) 641-3100
(See Item 3 in instructions)

Email Address:   mweller@cassiday.com

Are you acting as lead counsel in this case?          ☒ Yes     ☐ No

Are you acting as local counsel in this case:         ☐ Yes     ☒ No

Are you a member of the court's trial bar?            ☒ Yes     ☐ No

If this case reaches trial, will you act as the trial attorney?   ☒ Yes   ☐ No

If this is a criminal case, check your status.        ☐        Retained Counsel

                                                      ☐        Appointed Counsel
                                                               If appointed counsel, are you a
                                                               ☐ Federal Defender
                                                               ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 19, 2017

Attorney Signature:   s/Matthew H. Weller

                      (Use electronic signature if the appearance form is filed electronically.)

8590010