042575/19344/MHW/MEL

# U.S. District Court for the Northern District of Illinois
## Attorney Appearance Form

| | | | |
|---|---|---|---|
| Case Title: | MICHAEL DAVIS v. STATEVILLE PRISON GUARD WESAM S. ALI, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), NURSE "MARY", and WEXFORD HEALTH SOURCES, INC | Case Number: | 17-cv-3654 |

An appearance is hereby filed by the undersigned as attorney for:

WEXFORD HEALTH SOURCES, INC.

| | | | |
|---|---|---|---|
| Attorney Name (type or print): | Miguel E. Larios | | |
| Firm: | CASSIDAY SCHADE LLP | | |
| Street Address: | 20 N. Wacker Drive, Suite 1000 | | |
| City/State/Zip: | Chicago, IL 60606 | | |
| Bar ID Number: (See Item 3 in instructions) | 6301828 | Telephone Number: | (312) 641-3100 |
| Email Address: | mlarios@cassiday.com | | |
| Are you acting as lead counsel in this case? | | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case: | | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | | ☐ Yes | ☒ No |
| If this is a criminal case, check your status. | ☐ | Retained Counsel | |
| | ☐ | Appointed Counsel | |
| | | If appointed counsel, are you a | |
| | | ☐ Federal Defender | |
| | | ☐ CJA Panel Attorney | |

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 19, 2017

Attorney Signature:    s/Miguel E. Larios
(Use electronic signature if the appearance form is filed electronically.)

8590018

Revised 8/1/2015