## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Davis v. Ali, et al. | 17 C 3654 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Wesam Ali

NAME (Type or print)
Megan Honingford

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
        s/ Megan Honingford

FIRM     Office of the Illinois Attorney General

STREET ADDRESS     100 W. Randolph, 13th Floor

CITY/STATE/ZIP     Chicago / Illinois / 60601

| ID NUMBER     6317307 | TELEPHONE  NUMBER     (312) 814- 2527 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                    APPOINTED COUNSEL