UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Michael Davis
                Plaintiff,

v.                                Case No.: 1:17−cv−03654
                                              Honorable Elaine E. Bucklo

Wesam S. Ali, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 4, 2018:

       MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to the stipulation to dismiss [31], this case is dismissed with prejudice as to the Illinois Department of Corrections, with each party bearing its own attorney's fees and costs. Illinois Department of Corrections is terminated as a party to this case. Case remains pending as against non−dismissed Defendants.Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.