042575/19344/MHW/EAK

**U.S. District Court for the Northern District of Illinois**
**Attorney Appearance Form**

| | | | |
|---|---|---|---|
| Case Title: | MICHAEL DAVIS v. STATEVILLE PRISON GUARD WESAM S. ALI, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), NURSE "MARY", and WEXFORD HEALTH SOURCES, INC | Case Number: | 17-cv-3654 |

An appearance is hereby filed by the undersigned as attorney for:

<u>WEXFORD HEALTH SOURCES, INC.</u>

Attorney Name (type or print):   Edward A. Khatskin

Firm:   CASSIDAY SCHADE LLP

Street Address:   222 West Adams Street, Suite 2900

City/State/Zip:   Chicago, IL 60606

Bar ID Number:   6319840          Telephone Number:   (312) 641-3100
(See Item 3 in instructions)

Email Address:   ekhatskin@cassiday.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case: | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐  Retained Counsel

☐  Appointed Counsel
If appointed counsel, are you a

☐  Federal Defender

☐  CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.  I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Revised 8/1/2015

2

Executed on September 17, 2018

Attorney Signature:    s/Edward A. Khatskin
                       (Use electronic signature if the appearance form is filed electronically.)

8942715 EKHATSKI;JBARRETT