UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL DAVIS,<br><br>        **Plaintiff,**<br><br>v.<br><br>STATEVILLE PRISON GUARD WESAM S. ALI, ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC), NURSE "MARY", and WEXFORD HEALTH SOURCES, INC,<br><br>        **Defendant.** | No. 17-cv-3654 |

## **MOTION TO REINSTATE**

Now Comes Michael Davis by and through his Attorney Melinda Power of West Town Law Office and moves to reinstate this matter on the following grounds:

1. On March 6, 2002, pursuant to a settlement between the parties, this Court dismissed this matter without prejudice with leave to reinstate by May 6, 2020. Dkt. 71.
2. The Plaintiff has not yet received the settlement.
3. Plaintiff's attorney has contacted the Defendants' attorney, however, due, no doubt to the COVID-19 pandemic, the parties have not made contact.
4. Plaintiff expects that he will receive his settlement payment, but does not anticipate that that payment will be received by May 6, 2002.

WHEREFORE, Plaintiff requests that this matter not be dismissed with prejudice on May 6, 2020, but, rather, that the dismissal without prejudice be extended for six months, until November 6, 2020.

Respectfully submitted,

/s/Melinda Power

Plaintiff's attorney

Melinda Power
West Town Law Office
2502 W. Division
Chicago, Il. 60622
773-278-6706
773-278-0635
melindapower1@gmail.com